# IN THE SUPREME COURT OF THE STATE OF NEVADA

WESLEY RUSCH, AN INDIVIDUAL,
Appellant,

vs.

CHAMPERY RENTAL REO, LLC,
Respondent.

No. 85094

FILED

AUG 08 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a postjudgment order denying a motion to nullify a sale of property. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal was filed more than 30 days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The order was filed on May 19, 2022, with written notice of entry filed and served on appellant by mail on May 25, 2022. Appellant did not file the notice of appeal until July 26, 2022, well after expiration of the 30-day appeal period. NRAP 4(a)(1). An untimely notice of appeal fails to vest jurisdiction in this court. *Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-24690

cc: Hon. Monica Trujillo, District Judge
   Wesley Rusch
   Wedgewood, LLC
   Eighth District Court Clerk